**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRETT THEIL, | Case No. 2:25-cv-00044-APG-MDC |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| WARDEN BRIAN FOSTER, et al., | [ECF No. 7] |
| Respondents. | |

Respondents have filed an unopposed motion for an extension of time to file their response to the petition. ECF No. 7. This is Respondents' first request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time [ECF No. 7] is granted. Respondents have up to and including June 9, 2025, to file their response.

Dated: April 11, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE