UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT THEIL, | Case No. 2:25-cv-00044-APG-MDC |
| Petitioner, | **ORDER GRANTING MOTION TO SEAL** |
| v. | |
| WARDEN BRIAN FOSTER, et al., | [ECF No. 14] |
| Respondents. | |

Before the Court is Respondents' Motion to Seal Document. ECF No. 14. Respondents seek leave to file exhibit 86, Petitioner Brett Theil's presentence investigation report, under seal. *Id*. Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, I find that a compelling need to protect Theil's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

I THEREFORE ORDER that the motion (ECF No. 14) is granted. Exhibit 86 (ECF No. 15-1) is considered properly filed under seal.

Dated: June 5, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE