UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT THEIL, | Case No. 2:25-cv-00044-APG-MDC |
| Petitioner, | **ORDER** |
| v. | |
| WARDEN BRIAN FOSTER, et al., | [ECF Nos. 9, 10, 18, 21] |
| Respondents. | |

Petitioner Brett Theil filed a counseled Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 with 27 supporting exhibits on January 8, 2025. ECF Nos. 1, 2-1 through 2-27. The Respondents have moved for a more definite statement, to seal Theil's exhibits, and for an extension of time to file their response to the petition. ECF Nos. 9, 10, 18. Regarding the Respondents' first motion, the Respondents contend that Theil failed to make any statement regarding exhaustion of his claims in his petition. ECF No. 9. Theil responded, arguing that he was not required to make any statement regarding exhaustion but, nonetheless, provided a statement of exhaustion for his claims. ECF No. 19. Given Theil's response, the Respondents' motion is moot. Turning to the Respondents' second motion, the Respondents contend that Theil failed to redact the names of minor children, addresses, and dates of birth from his exhibits. ECF No. 10. Theil responded, stating he does not oppose the sealing of his exhibits. ECF No. 20. Given Theil's response and LC IC 6-1, I find that sealing Theil's exhibits is warranted. Finally, regarding the Respondents' third motion, which is unopposed, I find that good cause exists to grant the Respondents an extension to file their response.

Also before this Court is Theil's motion to amend Exhibit Y, in which he explains that the exhibit is missing pages. ECF No. 21. I find good cause exists to grant this motion.

I THEREFORE ORDER that the motion for more definite statement **(ECF No. 9) is denied** as moot.

I FURTHER ORDER that the motion to seal document **(ECF No. 10) is granted**. The Clerk is kindly directed to seal ECF No. 2-1 through ECF No. 2-27.

I FURTHER ORDER that the motion to extend time **(ECF No. 18) is granted**. The Respondents' motion to dismiss (ECF No. 23) is considered timely filed. Theil's response to the motion to dismiss is currently due on July 7, 2025.

I FURTHER ORDER that the motion to amend exhibit **(ECF No. 21) is granted**. The Clerk is kindly directed to replace ECF No. 2-25 with ECF No. 21-1.

Dated: June 25, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE