**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRETT THEIL, | Case No. 2:25-cv-00044-APG-MDC |
| Petitioner, | **EXTENSION ORDER** |
| v. | [ECF No. 25] |
| WARDEN BRIAN FOSTER, et al., | |
| Respondents. | |

Petitioner Brett Theil has filed an unopposed motion for an extension of time to file his response to Respondents' motion to dismiss. ECF No. 25. This is Theil's first request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time [ECF No. 25] is granted. Theil has up to and including July 21, 2025, to file his response.

Dated: July 8, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE