UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT THEIL, | Case No. 2:25-cv-00044-APG-MDC |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| WARDEN BRIAN FOSTER, et al., | [ECF No. 28] |
| Respondents. | |

Respondents have filed an unopposed motion for an extension of time to file their reply to the motion to dismiss. ECF No. 28. This is Respondents' first request for an extension of this deadline. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time [ECF No. 28] is granted. Theil has up to and including August 21, 2025, to file his reply.

Dated: July 28, 2025

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE