UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT THEIL,<br><br>                   Petitioner,<br><br>v.<br><br>WARDEN BRIAN FOSTER, et al.,<br><br>                   Respondents. | Case No. 2:25-cv-00044-APG-MDC<br><br>**Order Granting Motion for Voluntary Dismissal of Grounds 1b, 2b, 2c, and 6**<br><br>[ECF No. 32] |

On September 12, 2025, I granted the respondents' motion to dismiss, in part, finding that grounds 1b, 2b, 2c, and 6 were unexhausted. ECF No. 31. I instructed petitioner Brett Theil to inform the court how he wished to proceed with his mixed petition. *Id.* In response, Theil has moved for voluntary dismissal of grounds 1b, 2b, 2c, and 6. ECF No. 32. I find that good cause exists to grant the motion.

I THEREFORE ORDER that the motion [ECF No. 32] is granted. Grounds 1b, 2b, 2c, and 6 are dismissed.

I FURTHER ORDER that the respondents have up to and including December 19, 2025, to file their answer to the remaining grounds in the petition. The remainder of the Scheduling Order [ECF No. 5] remains in effect.

Dated: October 21, 2025

                                                    ANDREW P. GORDON
                                                    CHIEF UNITED STATES DISTRICT JUDGE