UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT THEIL,<br><br>                Petitioner,<br><br>v.<br><br>WARDEN BRIAN FOSTER, et al.,<br><br>                Respondents. | Case No. 2:25-cv-00044-APG-MDC<br><br>**EXTENSION ORDER**<br><br>[ECF No. 34] |

    Respondents have filed an unopposed motion for a 62-day extension of time to file their answer to the remaining grounds in the petition. ECF No. 34.  This is Respondents' first request for an extension of this deadline.  I find that good cause exists to grant the motion.

    I THEREFORE ORDER that the unopposed motion for extension of time [ECF No. 34] is granted.  Respondents have up to and including February 19, 2026, to file their answer.

Dated: December 19, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE