**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRETT THEIL, | Case No. 2:25-cv-00044-APG-MDC |
| Petitioner, | **EXTENSION ORDER** |
| v. | |
| WARDEN BRIAN FOSTER, et al., | [ECF No. 36] |
| Respondents. | |

Respondents have filed an unopposed motion for a 7-day extension of time to file their answer to the remaining grounds in the petition. ECF No. 36.  This is Respondents' second request for an extension of this deadline.  I find that good cause exists to grant the motion.

I THEREFORE ORDER that the unopposed motion for extension of time [ECF No. 36] is granted.  Respondents have up to and including February 26, 2026, to file their answer.

Dated: February 19, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE