**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

BRET THEIL

        Petitioner,

    vs.

FOSTER, et al.,

        Respondent(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: 2:25-cv-00044-APG-MDC

**EXTENSION ORDER**

The matter before this Court is Petitioners unopposed motion for a 60-day extension of time to file their Reply to Respondents Answer. ECF No. 38. This is Petitioner's first request for an extension of this deadline.

IT IS THEREFORE ORDERED that the unopposed motion for extension of time is GRANTED. Petitioner has up to and including June 26, 2026, to file his Reply.

IT IS SO ORDERED:

Dated: April 28, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3