**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRET THEIL,

Petitioner,

v.

WARDEN BRIAN FOSTER, et al.,

Respondents.

Case No. 2:25-cv-00044-APG-MDC

**EXTENSION ORDER**

[ECF No. 41]

In this habeas action, Petitioner Bret Theil requests a 31-day extension of time to file a reply to the answer to the petition. ECF No. 41.  I find the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); LR IA 6-1.

I THEREFORE ORDER that the unopposed motion for enlargement of time (second request) (ECF No. 41) is **granted**.  Theil has through July 27, 2026, to file his reply to the answer to the petition.

Dated: July 1, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE