**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BRET THEIL,

Petitioner,

v.

WARDEN BRIAN FOSTER, et al.,

Respondents.

Case No. 2:25-cv-00044-APG-MDC

**EXTENSION ORDER**

[ECF No. 46]

In this habeas action, Petitioner Bret Theil filed a motion requesting a 31-day extension of time to file a reply to the answer to the petition. ECF No. 46. I find the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); D. Nev. R. IA 6-1.

I THEREFORE ORDER that the Unopposed Motion for Enlargement of Time to Reply to Answer Petition for Writ of Habeas Corpus (Fourth Request) (ECF No. 46) is **granted**. Theil has through October 26, 2026, to file his reply to the answer to the petition.

Dated: September 28, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE